USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

        Plaintiff,

– against –

QUICK STOP ON FIRST AVE, INC., *and* 1293 FIRST AVENUE REALTY, LLC,

        Defendants.

**ORDER**
19 Civ. 2802 (ER)

Ramos, D.J.:

    The above-captioned action was filed on March 28, 2019. Doc. 1. Plaintiff served Defendants on April 15, 2019 and the answer was due on May 6, 2019. Docs. 5–6. Defendants have not answered. Accordingly, the parties are directed to provide the Court with a status report **no later than April 16, 2020.** Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    It is SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                                                     Edgardo Ramos, U.S.D.J.